**No. 09-10794. Marcus Tyrone Hightower, Petitioner v. Michigan.**

562 U.S. 852, 131 S. Ct. 110, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 5848.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-10795. Jerry Hardwick, Petitioner v. Florida.**

562 U.S. 852, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 6415.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 16 So. 3d 1045.

**No. 09-10798. Mario Martinez-Santacruz, Petitioner v. Michigan.**

562 U.S. 852, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 6059.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-10806. Ralph Baze, Petitioner v. LaDonna H. Thompson, Commissioner, Kentucky Department of Corrections.**

562 U.S. 852, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 6030.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 302 S.W.3d 57.

**No. 09-10807. Cecil Howard, aka Alonzo Whitehead, Petitioner v. Washington State Prison, et al.**

562 U.S. 852, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 6142,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 09-10810. Gable Hall, Petitioner v. Ana Boatwright, Warden.**

562 U.S. 853, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 6053,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10814. Clifford Arnell Gooden, III, Petitioner v. Iowa.**

562 U.S. 853, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 5898,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Iowa denied.